AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| Securities and Exchange Commission<br>*Plaintiff*<br>v.<br>S-Ray Incorporated and Stephen Alexander Baird<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.   3:22−cv−05150−RJB |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States Securities and Exchange Commission     .

Date:   03/17/2022

/s Susan F. LaMarca
*Attorney's signature*

Susan F. LaMarca (California Bar No. 215231)
*Printed name and bar number*

Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104-4802
*Address*

lamarcas@sec.gov
*E-mail address*

(415) 705-2456
*Telephone number*

(415) 705-2501
*FAX number*