# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>S−RAY INCORPORATED et al.,<br><br>　　　　　　　　　　Defendant(s). | CASE NO. 3:22−cv−05150−JHC<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable John H. Chun, United States District Judge. All future documents filed in this case must bear the cause number 3:22−cv−05150−JHC and bear the Judge's name in the upper right hand corner of the document.

DATED April 11, 2022

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　By:  /s/ Gretchen Craft
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk