The Honorable John H. Chun

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

TACOMA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br><br>S-RAY INCORPORATED and STEPHEN ALEXANDER BAIRD,<br><br>　　　　Defendants. | Case No.: 3:22-cv-05150-JHC<br><br><br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE
(No. 3:22-cv-05150-JHC)

Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2445

I hereby certify that on April 21, 2022, I caused the following document:

- MINUTE ORDER REASSIGNING CASE (ECF No. 12)

to be sent by email to the following:

William Caffee, Esq. (*WCaffee@white-summers.com*)
White Summers Caffee & James, LLP
805 SW Broadway, Suite 2440
Portland, OR 97205
*Counsel for Defendant S-Ray Incorporated*

Dated:   April 21, 2022

      *s/ Robert J. Durham*
Robert J. Durham
Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone: (415) 705-2445
Facsimile: (415) 705-2501
Email: durhamr@sec.gov
*Attorney for Plaintiff*
*Securities and Exchange Commission*

CERTIFICATE OF SERVICE
(No. 3:22-cv-05150-JHC)

2

Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2445