UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>S-RAY INCORPORATED and STEPHEN ALEXANDER BAIRD,<br><br>Defendants. | Case No.: 3:22-cv-05150-JHC<br><br>ORDER OF DEFAULT AGAINST DEFENDANTS S-RAY INCORPORATED AND STEPHEN ALEXANDER BAIRD |

ORDER OF DEFAULT
(No. 3:22-cv-05150-JHC)

Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2445

THIS MATTER came on the motion of Plaintiff Securities and Exchange Commission ("Plaintiff") for an order of default against Defendants S-Ray Incorporated and Stephen Alexander Baird ("Defendants").  By its motion, Plaintiff has demonstrated that the Court has considered the files and records in this case and the Declaration of Robert J. Durham, attorney for Plaintiff, and finds that Defendant S-Ray Incorporated waived service in this action and Defendant Stephen Alexander Baird was served in the manner required by the laws of the United States of America, that the statutory time has elapsed since Defendant S-Ray Incorporated's waiver of service and the service on Defendant Stephen Alexander Baird, and that Defendants have not appeared, have not served or filed an answer, and are wholly in default, and that venue was proper; now, therefore,

IT IS HEREBY ORDERED that Defendants S-Ray Incorporated and Stephen Alexander Baird are hereby in default.

Dated this 11th day of July, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

Presented by:

SECURITIES AND EXCHANGE COMMISSION

By:

s/ Robert J. Durham
Robert J. Durham
Conditionally Admitted Pursuant to LCR 83.1(c)(2)
Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone: (415) 705-2445
Facsimile: (415) 705-2501
Email: durhamr@sec.gov
*Attorney for Plaintiff Securities and Exchange Commission*

2

[PROPOSED] ORDER OF DEFAULT
(No. 3:22-cv-05150-JHC)

Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA  94104
(415) 705-2445