Stephen Alexander Baird
PO Box 1175
Terrebonne OR 97760

United States District Court Western District of Washington

Case No.: 3:22-cv-05150-JHC

Dear Madam or Sir:

I am the defendant in the above referenced matter. I am not an attorney. This is my first experience with the Securities and Exchange Commission and the federal courts. The default entered was a surprise to me as I thought that the schedule for further action in this matter was well in the future and have no idea how I lost without ever having to present my side of the matter. It has been my intention since the matter started with an informal investigation in September 2020 to fully cooperate, but I had no idea that failing to what appeared to me to be routine matters turned into a default order.

As of last week, the SEC expressed an interest in a settlement, which was mutual. I believe the settlement discussions will be hindered by this default. It will also move the matter into fines and constraints that will further impede settlement.

I am asking the Court to revisit the default to allow me time to prepare an appropriate response to the proceedings. I don't know the specific term for that request it but if it can be put on hold for at least 90 days, it would be appreciated.

Thank you for considering this request.

Sincerely,

Stephen Alexander Baird

S. A. Baird
PO Box 1175
Terrebonne OR
97760

FILED
LODGED
RECEIVED

JUL 29 2022

MAIL

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
BY _____ DEPUTY

PORTLAND OR 972
27 JUL 2022 PM 4 L

United States District Court
700 Stewart Street
Seattle WA 98101

98101-444285