UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>S-RAY INCORPORATED and STEPHEN ALEXANDER BAIRD,<br><br>　　　　　　Defendants. | CASE NO. 3:22-cv-5150-JHC<br><br>ORDER |

　　　THIS MATTER comes before the Court on the letter request of Defendant Stephen Alexander Baird filed on July 29, 2022 (Dkt. # 22), which the Court construes as a motion.  It is not apparent to the Court what relief the motion seeks.  To the extent the motion requests that the Court set aside the order of default (Dkt. # 20), the Court DENIES it without prejudice, as it lacks argument under Federal Rule of Civil Procedure 55(c).  To the extent the motion seeks a stay of proceedings, the Court DENIES it, as it lacks any legal basis for such relief.  To the extent the motion seeks additional time to file a motion to set aside the default under Rule 55(c), the Court GRANTS Defendant leave to do so until Friday, September 16, 2022.

ORDER - 1

Dated this 15th day of August, 2022.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 2