UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO. 3:22-cv-05150-JHC |
| Plaintiff, | ORDER |
| v. | |
| S-RAY INCORPORATED ET AL, | |
| Defendants. | |

This matter comes before the Court on Defendant Stephen Baird's Motion for Relief from Judgment Under Rule 60(b).  Dkt. # 34.  The Court has considered the materials submitted in support of and in opposition to the motion, the rest of the case file, and the governing law. The motion is unsupported by any sworn statement.  As argued by Plaintiff, Baird does not present a valid ground for relief under Federal Rule of Civil Procedure 60(b).  Thus, the Court DENIES the motion.

Dated this 23rd day of February, 2024.

John H. Chun
United States District Judge

ORDER - 1